**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01150-REB-OES

RONALD MARTIN,

    Plaintiff,

v.

CHAVEZ SHEET METAL COMPANY PROFIT SHARING PLAN,
CHAVEZ SHEET METAL COMPANY CASH BALANCE PLAN,
PLAN ADMINISTRATOR OF THE CHAVEZ SHEET METAL COMPANY PROFIT SHARING PLAN, and
PLAN ADMINISTRATOR OF THE CHAVEZ SHEET METAL COMPANY CASH BALANCE PLAN,

    Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On May 25, 2006, the parties filed a **Stipulation for Dismissal** [#39].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal** [#39] filed May 25, 2006, **IS APPROVED**;

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for December 1, 2006, is **VACATED**; and

4. That the trial to court set to commence December 18, 2006, is **VACATED**.

Dated May 25, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**